J-S43040-25

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| RUBEN RODRIGUEZ | : | |
| | : | |
| Appellant | : | No. 3251 EDA 2024 |

Appeal from the PCRA Order Entered November 18, 2024
In the Court of Common Pleas of Philadelphia County Criminal Division at
No(s):  CP-51-CR-0005455-2018

BEFORE:  KUNSELMAN, J., McLAUGHLIN, J., and BENDER, P.J.E.

MEMORANDUM BY BENDER, P.J.E.:                    **FILED JANUARY 30, 2026**

Appellant, Ruben Rodriguez, appeals from the post-conviction court's November 18, 2024 order denying his timely-filed petition under the Post Conviction Relief Act (PCRA), 42 Pa.C.S. §§ 9541-9546.  We affirm.

The PCRA court summarized the facts and procedural history of Appellant's case, which we adopt herein.  **See** PCRA Court Opinion (PCO), 3/20/25, at 1-4.  We only note that on April 11, 2019, a jury convicted Appellant of various offenses, included attempted murder and aggravated assault.  On August 23, 2019, he was sentenced to an aggregate term of 22 to 44 years' incarceration.  This Court affirmed Appellant's judgment of sentence on November 10, 2022, and our Supreme Court denied his subsequent petition for allowance of appeal on May 10, 2023.  **See Commonwealth v. Rodriguez**, 289 A.3d 61 (Pa. Super. 2022) (unpublished memorandum), *appeal denied*, 297 A.3d 685 (Pa. 2023).

On October 31, 2023, Appellant filed a *pro se* PCRA petition. Counsel was appointed and filed an amended petition on Appellant's behalf. Therein, Appellant argued that his appellate counsel was ineffective for failing to argue, on direct appeal, that the jury's verdict was contrary to the weight of the evidence. *See* Amended PCRA Petition, 3/21/24, at 14-16. Appellant also averred that he was entitled to a new trial based on newly-discovered evidence that a police officer allegedly committed misconduct during the investigation of his case. *Id.* at 17-19. On October 11, 2024, the PCRA court issued a Pa.R.Crim.P. 907 notice of its intent to dismiss Appellant's petition without a hearing. Appellant did not respond, and on November 18, 2024, the court issued an order dismissing his petition.

Appellant filed a timely notice of appeal, and he and the court complied with Pa.R.A.P. 1925. Herein, Appellant states two issues for our review:

> [I.] Whether appeal counsel was ineffective in representing … Appellant for failing to appeal the weight[-]of[-]the[-]evidence claim.
>
> [II.] Whether the PCRA court was in error in failing to grant a new trial on the basis of newly[-]discovered evidence.

Appellant's Brief at 7 (unnecessary capitalization omitted).

In assessing Appellant's two issues, we have reviewed the certified record, the briefs of the parties, and the applicable law. Additionally, we have examined the well-reasoned opinion of the Honorable Charles A. Ehrlich of the Court of Common Pleas of Philadelphia County. We conclude that Judge Ehrlich's opinion adequately disposes of the arguments presented by

Appellant.  **See** PCO at 5-9.  Accordingly, we adopt Judge Ehrlich's opinion as our own and affirm the order dismissing Appellant's PCRA petition for the reasons set forth therein.

Order affirmed.

Judgment Entered.

_Benjamin D. Kohler_

Benjamin D. Kohler, Esq.
Prothonotary

Date: 1/30/2026